*Arnold V. Amore II*, special public defender, in support of the petition.

*Melissa L. Streeto*, deputy assistant state's attorney, in opposition.

Decided September 8, 2004

## STATE OF CONNECTICUT *v.* ALLAN NICHOLSON

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 439 (AC 24062), is denied.

*Anthony J. Musto*, special public defender, in support of the petition.

*Annemarie L. Braun*, special deputy assistant state's attorney, in opposition.

Decided September 8, 2004

## 200 ASSOCIATES, LLC *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF THOMPSON

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 167 (AC 24116), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*William H. St. Onge*, in support of the petition.

*Robin Messier Pearson*, in opposition.

Decided September 8, 2004